[No. 57097-8-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY ELDON BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02590-5, Brian D. Gain, J., entered September 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57534-1-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-02861-2, Suzanne M. Barnett, J., entered December 8, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 57550-3-I; 57551-1-I; Division One. July 16, 2007.]
57552-0-I; 57553-8-I.

*In the Matter of the Dependency of* C.C.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CHRISTINA ROYCE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-7-05937-6, James A. Doerty, J., entered November 29, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ.

[No. 57643-7-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH E. CAMERON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05988-1, Brian D. Gain, J., entered December 22, 2005. *Affirmed* by unpublished per curiam opinion.